# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Gerald George, et al.

                             Plaintiff,

v.                                                     Case No.: 1:07−cv−01713
                                                      Honorable Wayne R. Andersen

Kraft Foods Global, Inc., et al.

                             Defendant.


## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE


      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Sidney I. Schenkier for the purpose of holding proceedings related to: discovery supervision.(tsa, )Mailed notice.


Dated: April 23, 2007

                                                                                     /s/ Wayne R. Andersen

                                                                                  United States District Judge