# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Wayne R. Andersen | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 7 C 1713 | **DATE** | 5/10/2007 |
| **CASE TITLE** | George et al vs. Kraft Foods Global et al | | |

**DOCKET ENTRY TEXT**

Defendant's motion to reassign case 7 C 1954 (J. St. Eve) as related is granted. This case shall reassigned to the calendar of J. Andersen.

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | TSA |
|---|---|---|