**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Gerald George, et al.
                               Plaintiff,

v.                                                 Case No.: 1:07−cv−01713
                                                        Honorable Wayne R. Andersen

Kraft Foods Global, Inc., et al.
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 30, 2007:

      MINUTE entry before Judge Sidney I. Schenkier : Pursuant to the notice of withdrawal of plaintiffs' motion for class certification (doc. # 61), the pending motion for class certification (doc. # 19) is hereby terminated.Mailed notice(mmm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.