UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Gerald George, et al.
                              Plaintiff,

v.                                            Case No.: 1:07−cv−01713
                                              Honorable Sidney I. Schenkier

Kraft Foods Global, Inc., et al.
                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 8, 2008:

    MINUTE entry before Judge Sidney I. Schenkier :Motion/status hearing held. Defendants' motion for leave to file a brief in excess of 15 pages [89] is granted. By 1/25/08, defendants are to file their motion to strike a jury trial. Plaintiff';s response is due by 2/15/08. Defendants' reply is due by 2/22/08. Status hearing set for 2/28/2008 at 09:00 AM. Mailed notice(mmm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.