**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Gerald George, et al.
                          Plaintiff,

v.                                         Case No.: 1:07−cv−01713
                                                         Honorable Sidney I. Schenkier

Kraft Foods Global, Inc., et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, February 1, 2008:

      MINUTE entry before Judge Sidney I. Schenkier : The plaintiffs' motion for extension of time to complete discovery[99] is reset for hearing to /6/2008 at 09:00 AM. Telephone notice(mmm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.