## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Gerald George, et al.

                               Plaintiff,

v.                                                        Case No.: 1:07–cv–01713
                                                          Honorable Sidney I. Schenkier

Kraft Foods Global, Inc., et al.

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 27, 2008:

       MINUTE entry before Judge Honorable Sidney I. Schenkier:Motion hearing held. Plaintiff's motion to compel the production of unredacted documents [114] is granted. Defendant is to produce the documents by 4/4/08. Status hearing set for 4/15/2008 at 09:00 AM. Mailed notice(mmm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.