AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
Eastern Division

GERALD GEORGE, ET AL  **JUDGMENT IN A CIVIL CASE**

v.  Case Number: 07 C 1713

KRAFT FOODS GLOBAL, INC., ET AL

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that defendant's motion for summary judgment is granted.

Michael W. Dobbins, Clerk of Court

Date: 1/27/2010  _____

/s/ Willia Harmon, Deputy Clerk