# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Gerald George, et al.
                              Plaintiff,

v.                                                 Case No.: 1:07–cv–01713
                                                        Honorable Sidney I. Schenkier

Kraft Foods Global, Inc., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 17, 2012:

        MINUTE entry before Honorable Sidney I. Schenkier: By agreement of the parties, this Court refers the case, nunc pro tunc to 11/28/11, to Magistrate Judge Nolan to conduct settlement discussions in conjunction with in George, et al. v. Kraft Foods Global, Inc., et al., 08 C 3799, which was referred by Judge Castillo to Judge Nolan for settlement discussions as of the same date (08 C 3799: doc. # 311). Mailed notice.(jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.