IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GERALD GEORGE, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>KRAFT FOODS GLOBAL, INC., et al.,<br><br>        Defendants. | Case Nos. 1:08-cv-3799; 1:07-cv-1713<br><br>Magistrate Judge Nolan |

## PLAINTIFFS' MOTION FOR CERTIFICATION OF SETTLEMENT CLASS

Plaintiffs Gerald George, Cathy Dunn, Timothy Streff and Andrew Swanson, as representatives of a Class of similarly situated persons, and on behalf of the Kraft Foods Global Inc. Thrift Plan, Plan No. 125 (the "Plan"), respectfully file this Motion pursuant to Rule 23 of the Federal Rules of Civil Procedure for certification of class for settlement purposes only.

1.        On October 16, 2006, plaintiffs filed their complaint in *George, et al v. Kraft Foods Global, Inc., et. al*, Case No. 07-CV-01713 ("*George I*"). On July 2, 2008, plaintiffs filed a separate complaint in *George, et al. v. Kraft Foods Global, Inc., et al.*, Case No. 08-CV-03799 ("*George II*"). Plaintiffs amended both complaints on various occasions and allege in both Complaints that the defendants breached their ERISA fiduciary duties to the Plan participants in various ways, including by allowing excessive fees to be paid to various service providers, holding excessive cash and other short term investments in the company stock funds offered as investment options in the Plan, and offering imprudent funds as investment options in the Plan. Defendants deny plaintiffs' claims in their entirety, as well as many of plaintiffs' factual and legal assertions that form the basis for the claims.

2. After months of arm's-length negotiation, the Parties entered into a Settlement Agreement and have requested that the Court preliminarily approve the Settlement Agreement.

3. As a term of that Settlement Agreement, the Settlement Class is defined as:

> All persons who participated in the Plan at any time between October 16, 2000 and February 23, 2012, including the surviving spouse or designated beneficiary of a deceased person who participated in the Plan at any time between October 16, 2000 and February 23, 2012, and/or, alternate payees, in the case of a person subject to a Qualified Domestic Relations Order who participated in the Plan at any time between October 16, 2000 and February 23, 2012. Excluded from the Settlement Class are any persons who served as members of the Corporate Employees Plans Investment Committee of the Altria Group Inc. Board of Directors, the Compensation and Governance Committee of the Board of Directors of Kraft Foods Inc., and the Benefit Investments Committee of Kraft Foods Global, Inc.

4. The proposed Settlement Class for settlement purposes meets the requirements of Rule 23(a) and of Rule 23(b)(1) of the Federal Rules of Civil Procedure. Also, Plaintiffs' Counsel meet the requirements for appointment of Class Counsel pursuant to Rule 23(g).

5. In *George I*, Judge Schenkier certified a class on July 17, 2008. For settlement purposes only, Plaintiffs request that the Court certify the proposed settlement class, which amends and supersedes the class certified in that action.

6. Plaintiffs submit with this Motion a Memorandum in Support of the Motion for Certification of a Settlement Class.

WHEREFORE, Plaintiffs request the Court grant an Order certifying the above Class pursuant to Fed.R.Civ.P. 23(b)(1) for settlement purposes only, which amends and supersedes the class certified in Case No. 07-cv-1713.

Dated: February 23, 2012                    Respectfully submitted,

**Schlichter, Bogard & Denton**

  /s/ Jerome J. Schlichter
Jerome J. Schlichter
Nelson G. Wolff
Troy A. Doles
Jason P. Kelly
100 South Fourth Street, Suite 900
St. Louis, MO 63102
Tel: 314-621-6115
*Lead Counsel for Plaintiffs*

*and*

**Meites, Mulder, & Glink**
Thomas R. Meites
321 S. Plymouth Court, Suite 1250
Chicago, IL 60604
(312) 263-0272;
Fax: (312) 263-2942
tmeites@mmmglaw.com
*Local Counsel for Plaintiffs*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was filed on February 23, 2012 with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

  /s/ Jerome J. Schlichter