IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GERALD GEORGE, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>KRAFT FOODS GLOBAL, INC., et al., )<br>)<br>Defendants. ) | Case Nos. 1:08-cv-3799; 1:07-cv-1713<br><br>Magistrate Judge Nolan |

**<u>JOINT CONSENT TO PROCEED BEFORE MAGISTRATE ON A LIMITED BASIS</u>**

Plaintiffs, Gerald George, Cathy Dunn, Andrew Swanson, and Timothy Streff, and defendants, Kraft Foods Global, Inc. ("KFGI"), Kraft Foods Inc. ("KFI"), Corporate Employee Plans Investment Committee of the Board of Directors of Altria Group, Inc. ("CEPIC"), Altria Corporate Services, Inc. ("ALCS"), KFGI Administrative Committee ("KFAC"), KFGI Benefit Investments Committee ("BIC"), James Dollive, Karen May, Marc Firestone, Pamela King, Timothy McLevish, KFGI Management Committee of Employee Benefits ("MCEB"), and the Compensation and Governance Committee of the KFI Board of Directors ("CGC"), Kraft Benefit Investments, and Altria Benefit Investments (collectively referred to herein as "the parties") pursuant to 28 U.S.C. 636(c)(1), hereby consent to the jurisdiction of the Magistrate Judge Nan R. Nolan, who currently is assigned to these Case Nos. 07-cv-1713 and 08-cv-3799 for supervision of settlement, for the additional limited purposes described herein.

1.  As agreed in the parties' Settlement Agreement, the parties consent to the Jurisdiction of Magistrate Judge Nan R. Nolan for purposes of ruling on the following motions and matters:

    a.  The motion for preliminary approval of a class action settlement;

      b.      The motion for certification of a class for settlement purposes only;

      c.      The motion for appointment of class counsel for settlement purposes only;

      d.      Any objections to the class action settlement from members of the settlement class;

      e.      The motion for class counsel's attorneys fees and costs, as defined in §2.8 of the parties' Settlement Agreement;

      f.      The motion for an award of Class Representatives' Compensation as defined in § 3.22 of the parties' Settlement Agreement;

      g.      The entry of judgment based upon the class action settlement; and

      h.      Other matters necessary to approve and implement the class action settlement.

2.      The parties' limited consent to the jurisdiction of Magistrate Judge Nolan terminates if the settlement is terminated by its terms, if the settlement is not approved, if the settlement is approved but vacated or modified on appeal, or if the settlement is otherwise deemed null and void or found to have no further force or effect.

3.      If this limited consent terminates as described above in paragraph 3, then Case No. 07-1713 shall revert to the jurisdiction of Magistrate Judge Sidney I. Schenkier and Case No. 08-3799 shall revert to the jurisdiction of Judge Ruben Castillo.

**February 23, 2012**      KRAFT FOODS GLOBAL, INC., et al.

      /s/ Ian H. Morrison
      One of Their Attorneys

      Ronald J. Kramer (rkramer@seyfarth.com)
      Ian H. Morrison (imorrison@seyfarth.com)
      Amanda A. Sonneborn (asonneborn@seyfarth.com)

    Sam Schwartz-Fenwick (sschwartz-
    fenwick@seyfarth.com)
    SEYFARTH SHAW LLP
    131 South Dearborn Street, Suite 2400
    Chicago, IL 60603
    Telephone: (312) 460-5000


    SCHLICHTER, BOGARD & DENTON

    */s/* Jerome J. Schlichter
    Jerome J. Schlichter (0545143)
    Troy Doles (admitted pro hac vice)
    Mark G. Boyko (admitted pro hac vice)
    100 South Fourth Street, Suite 900
    St. Louis, MO 63102
    Telephone.: (314) 621-6115
    Facsimile: (314) 621-7151

    Attorneys for Plaintiffs and Class Representatives

CERTIFICATE OF SERVICE

The undersigned attorney certifies that on February 23, 2012, he caused a copy of *JOINT CONSENT TO PROCEED BEFORE MAGISTRATE* on a Limited Basis to be presented to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to the following CM/ECF registrants:

Nelson G. Wolff (nwolff@uselaws.com)
Troy A. Doles (tdoles@uselaws.com)
Jason P. Kelly (jkelly@uselaws.com)
Schlichter Bogard & Denton LLP
100 S. 4th Street, Suite 900
St. Louis, Missouri 63102
(314) 621-6115

Thomas R. Meites (tmeites@mmbmlaw.com)
Meites, Mulder, Mollica & Glink
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 263-0272

/s/ Ronald J. Kramer
Ronald J. Kramer