**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| GERALD GEORGE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case Nos. 1:08-cv-3799; 1:07-cv-1713 |
| | ) | |
| v. | ) | Magistrate Judge Nolan |
| | ) | |
| KRAFT FOODS GLOBAL, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT

The parties move this Court for final approval of the Class Action Settlement and move

the Court to enter the proposed Final Order. This motion is supported by Plaintiffs'

Memorandum of Law in Support of the Joint Motion for Preliminary Approval of Class

Settlement (Doc. 328), as well as Plaintiffs' Application for Attorneys' Fees and Reimbursement

of Expenses and for Case Contribution Awards for Named Plaintiffs (Doc. 339), the Joint

Motion for Order Regarding Sufficiency of Class Notice (Doc. 341), the Declaration of Karen

Rogan, Senior Project Administrator at Rust Consulting, Inc. (Doc. 341-1), and the Statement of

Evercore Trust Company, as the Independent Fiduciary, approving of the settlement (Doc. 345-

1), as well as this Court's Order Preliminarily Approving this Class Settlement (Doc. 336) and

Order Regarding the Sufficiency of Class Notice (Doc. 342) and Plaintiffs' Memorandum in

Support of this Motion. Defendants join in requesting that the Court enter an order finally

approving the settlement and enter judgment in the form attached to this motion.

Dated: June 18, 2012                     Respectfully submitted,

**Schlichter, Bogard& Denton**


/s/Jerome J. Schlichter
Jerome J. Schlichter
Nelson G. Wolff
Troy A. Doles
Jason P. Kelly
100 South Fourth Street, Suite 900
St. Louis, MO 63102
Tel: 314-621-6115
*Lead Counsel for Plaintiffs*

*and*

**Meites, Mulder, & Glink**
Thomas R. Meites
321 S. Plymouth Court, Suite 1250
Chicago, IL 60604
(312) 263-0272;
Fax: (312) 263-2942
tmeites@mmmglaw.com
*Local Counsel for Plaintiffs*

**Seyfarth Shaw LLP**

/s/ Ronald J. Kramer (By Consent)
Ronald J. Kramer
Ian H. Morrison
Amanda A. Sonneborn
Samuel Schwartz-Fenwick
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
Tel: 312-460-5000
*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was filed on June 18, 2012 with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

/s/ Jerome J. Schlichter